UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO CARRIEDO-ROSAS,<br><br>                    Petitioner,<br><br>     v.<br><br>NATALIE R. ASHER, et al.,<br><br>                    Respondents. | CASE NO. C15-0557-JLR-MAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, Petitioner's Objections to the Report and Recommendation (Dkt. # 14), and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation (Dkt. # 13);

2. Respondents' motion to dismiss (Dkt. # 10) is GRANTED; and

3. Petitioner's habeas petition (Dkt. # 1) is DENIED, and this action is DISMISSED with prejudice.

The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 16th day of July, 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1